Commonwealth *v.* Whittman, Appellant.

Submitted September 14, 1970. *Joseph V. Furlong, Jr.,* and *Tabas, Smith & Furlong,* for appellant; *James D. Crawford,* Deputy

852

District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.